# United States Bankruptcy Court
## Middle District of Florida, Tampa Division

In re    __GunnAllen Financial, Inc.__                                       Case No.    __8:10-bk-9635-__

                                             Debtor(s)              Chapter     __11__

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| Name of creditor and complete mailing address including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | Amount of claim [if secured, also state value of security] |
| 5002 West Waters, LLC<br>1395 Brickell Ave.<br>Miami, FL 33131 | 5002 West Waters, LLC<br>1395 Brickell Ave.<br>Miami, FL 33131 | | | 22,821,958.00 |
| Leaf Funding<br>P.O. BOX 644006<br>CINCINNATI, OH 45264-4006 | Leaf Funding<br>P.O. BOX 644006<br>CINCINNATI, OH 45264-4006 | | | 476,428.00 |
| Honigman, Miller, Schwartz & Cohn<br>2290 First National Building<br>660 Woodward Ave.<br>Detroit, MI 48226-3506 | Honigman, Miller, Schwartz & Cohn<br>2290 First National Building<br>660 Woodward Ave.<br>Detroit, MI 48226-3506 | | | 467,500.94 |
| Canon Financial Services, Inc.<br>P.O. Box 4004,<br>Carol Stream, IL 60197-4004 | Canon Financial Services, Inc.<br>P.O. Box 4004,<br>Carol Stream, IL 60197-4004 | | | 285,714.00 |
| Paduano & Weintraub LLP<br>1251 Avenue Of The Americas<br>Ninth Floor<br>New York, NY 10020 | Paduano & Weintraub LLP<br>1251 Avenue Of The Americas<br>Ninth Floor<br>New York, NY 10020 | | | 178,440.57 |
| De Lage Landen<br>111 Old Eagle School Rd.,<br>Wayne, PA 19087 | De Lage Landen<br>111 Old Eagle School Rd.,<br>Wayne, PA 19087 | | | 174,825.52 |
| Alphastaff, Inc.<br>c/o Robert W. Pittman, Esq.<br>701 Brickell Ave., #1650<br>Miami, FL 33131 | Alphastaff, Inc.<br>c/o Robert W. Pittman, Esq.<br>701 Brickell Ave., #1650<br>Miami, FL 33131 | | | 125,000.00 |
| Key Equipment Finance Inc.<br>1000 McCaslin Blvd,<br>Superior, CO 80027 | Key Equipment Finance Inc.<br>1000 McCaslin Blvd,<br>Superior, CO 80027 | | | 111,570.00 |
| AFCO<br>9155 S Dadeland Blvd<br>Suite 1402<br>Miami, FL 33156 | AFCO<br>9155 S Dadeland Blvd<br>Suite 1402<br>Miami, FL 33156 | | | 101,190.28 |
| DDI Leasing, Inc.<br>21719 Network Place<br>Chicago, IL 60673-1217 | DDI Leasing, Inc.<br>21719 Network Place<br>Chicago, IL 60673-1217 | | | 83,400.00 |

B4 (Official Form 4) (12/07) - Cont.
In re  **GunnAllen Financial, Inc.**                                     Case No.  **8:10-bk-9635-**

Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| Lewis Brisbois Bisgaard & Smith, LLP<br>3812 Coconut Palm Dr. #200<br>Tampa, FL 33619 | Lewis Brisbois Bisgaard & Smith, LLP<br>3812 Coconut Palm Dr. #200<br>Tampa, FL 33619 | | Disputed | 75,000.00 |
| Wilson, Elser, Moskowitz, Edelman<br>100 Southeast Second Street<br>Miami, FL 33131 | Wilson, Elser, Moskowitz, Edelman<br>100 Southeast Second Street<br>Miami, FL 33131 | | | 64,950.06 |
| Razorback Foundation, Inc.<br>1295 S. Razorback Rd.<br>Fayetteville, AR 72701-7870 | Razorback Foundation, Inc.<br>1295 S. Razorback Rd.<br>Fayetteville, AR 72701-7870 | | | 64,427.34 |
| FINRA<br>Po Box 7777-W4255<br>Attn: Finance/Arbitration<br>Philadelphia, PA 19175-4255 | FINRA<br>Po Box 7777-W4255<br>Attn: Finance/Arbitration<br>Philadelphia, PA 19175-4255 | | | 53,692.87 |
| Saretsky Hart Michaels & Gould PC<br>995 South Eton<br>Birmingham, MI 48009 | Saretsky Hart Michaels & Gould PC<br>995 South Eton<br>Birmingham, MI 48009 | | | 51,208.01 |
| Akerman Senterfitt<br>One Southeast Third Ave.<br>Miami, FL 33131-1714 | Akerman Senterfitt<br>One Southeast Third Ave.<br>Miami, FL 33131-1714 | | | 40,870.49 |
| Maddin Hauser Wartell Roth & Heller<br>28400 Northwestern Highway<br>Southfield, MI 48034-1839 | Maddin Hauser Wartell Roth & Heller<br>28400 Northwestern Highway<br>Southfield, MI 48034-1839 | | | 40,299.01 |
| Jones, Bell, Abbott, Fleming etal.<br>601 South Figueroa St<br>27Th Floor<br>Los Angeles, CA 90017-5759 | Jones, Bell, Abbott, Fleming etal.<br>601 South Figueroa St<br>27Th Floor<br>Los Angeles, CA 90017-5759 | | | 36,254.69 |
| Sungard Brass<br>7821 Collection Center Dr.<br>Chicago, IL 60693 | Sungard Brass<br>7821 Collection Center Dr.<br>Chicago, IL 60693 | | | 35,042.80 |
| Sungard Business Systems<br>7819 Collection Center Dr.<br>Chicago, IL 60693 | Sungard Business Systems<br>7819 Collection Center Dr.<br>Chicago, IL 60693 | | | 34,905.22 |

In re   **GunnAllen Financial, Inc.**                                           Case No. _____

                              Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

### DECLARATION UNDER PENALTY OF PERJURY
### ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Chief Financial Officer of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date   _4-26-10_                          Signature _____

                                                    Frederick O. Kraus
                                                    Chief Financial Officer

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.