UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:

GUNNALLEN FINANCIAL, INC.,                      Case No.  8:10-bk-9635-MGW

                  Debtor.                      Chapter 11

_____/

**NOTICE OF APPEARANCE OF COUNSEL AND**
**<u>REQUEST FOR SERVICE OF ALL DOCUMENTS FILED IN THE CASE</u>**

       Denise E. Barnett, of the Office of the United States Trustee, files this notice of appearance as legal counsel for DONALD F. WALTON, United States Trustee for Region 21, and requests that copies of all pleadings and papers of any type which is filed in this case is sent to the undersigned.

                        Respectfully submitted,
                        DONALD F. WALTON
                        United States Trustee – Region 21

                        By: *<u>/s/ Denise E. Barnett</u>*
                        Denise E. Barnett, Trial Attorney
                        Fla. Bar No. 0090610
                        501 East Polk Street, Suite 1200
                        Tampa, FL  33602
                        (813) 228-2000; (813) 228-2303- facsimile
                        Denise.Barnett@usdoj.gov

**<u>CERTIFICATE OF SERVICE</u>**

       I HEREBY CERTIFY that a true and correct copy of the Notice of Appearance and Request for Service has been served either electronically through the CM/ECF Electronic Mail system or by United States Mail on **April 26, 2010**, on the following:

Becky Ferrell-Anton, Esq.
Harley E. Riedel, Esq.
Stichter Reidel Blain & Prosser, P.A.
110 East Madison Street, Suite 200
Tampa, Florida 33602
bfanton.ecf@srb.com
hreidel.ecf@srbp.com

                        *<u>/s/Denise E. Barnett</u>*
                        **Attorney**