UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:  Case No. 8:10-bk-09635-MGW
 Chapter 11

GunnAllen Financial, Inc.
5002 W. Waters Ave.
Tampa, FL 33634

    Debtor.
_____/

## CREDITOR LEWIS BRISBOIS BISGAARD & SMITH LLP'S NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

Creditor Lewis Brisbois Bisgaard & Smith LLP files this Notice of Appearance and Request for Notice. Lewis Brisbois requests that it be added to the service list of this matter, with copies of all pleadings, notices and other documents to be served upon Lewis Brisbois' attorneys, who are as follows:

> J. Richard Caldwell, Jr., Esq.
> Florida Bar No. 0131265
> Michael L. Forte, Esq.
> Florida Bar No. 0592161
> RUMBERGER, KIRK & CALDWELL
> A Professional Association
> 100 North Tampa Street, Suite 2000
> Post Office Box 3390
> Tampa, Florida  33601-3390
> Telephone:  (813) 223-4253
> Telecopier:  (813) 221-4752
> dcaldwell@rumberger.com
> mforte@rumberger.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 19, 2010, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following: All counsel of record.

s/ Michael L. Forte
J. Richard Caldwell, Jr., Esq.
Florida Bar No. 0131265
Michael L. Forte, Esq.
Florida Bar No. 0592161
RUMBERGER, KIRK & CALDWELL
A Professional Association
100 North Tampa Street, Suite 2000
Post Office Box 3390
Tampa, Florida 33601-3390
Telephone: (813) 223-4253
Telecopier: (813) 221-4752
dcaldwell@rumberger.com
mforte@rumberger.com

Attorneys for Creditor Lewis Brisbois Bisgaard & Smith LLP
