UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:

Chapter 11

GUNNALLEN FINANCIAL, INC.,
      Debtor                                   Case No. 8:10-bk-9635-MGW

_____/

## ORDER REGARDING CONFIRMATION ORDER PROCESS

THIS CASE came on for hearing on September 28, 2010 at 3:00 p.m., to consider the Order Approving First Amended Disclosure Statement with Respect to the Debtor's Second Amended Plan of Liquidation and Confirming the Debtor's second Amended Plan of Liquidation, as Modified at the Confirmation Hearing (the "**Confirmation Order**"), and the process for finalizing the Confirmation Order. The Court heard arguments of counsel. For the reasons stated orally and recorded in open court, which shall constitute the decision of the Court, it is

**ORDERED** that:

1.     The Debtor is directed to submit a proposed Confirmation Order, taking into account the comments and objections of all interested parties, as soon as possible.

2.     All interested parties shall have 14 days after the proposed confirmation order is submitted by the Debtor to file written objections with the Court.

3.    The Court will then resolve those objections and enter a final Confirmation

Order.

**DONE AND ORDERED** at Tampa, Florida, on _____.
                                                    October 06, 2010

_____
MICHAEL G. WILLIAMSON
United States Bankruptcy Judge

Copies to be provided by CM/ECF Service