```
Label Matrix for local noticing         5002 West Waters Waters Owner, LLC    Akerman Senterfitt
113A-8                                  c/o Scott R. Lilly, Esquire           One Southeast Third Ave.
Case 8:10-bk-09635-MGW                  201 N. Franklin Street, Suite 2200    Miami, FL 33131-1700
Middle District of Florida              Tampa, FL 33602-5822
Tampa
Wed Nov 17 09:46:01 EST 2010

Alphastaff, Inc.                        American International Specialty Lines Compa   Anne Marie P Kelley
c/o Robert W. Pittman, Esq.             c/o Hywel Leonard                     for Michael N Kattawar
701 Brickell Ave., #1650                Carlton Fields, P.A.                  Dilworth Paxson LLP
Miami, FL 33131-2847                    P.O. Box 3239                         457 Haddonfield Rd Suite 700
                                        Tampa, FL  33601-3239                 Cherry Hill NJ 08002-2221

Anthony Paduano                         Anthony V Trogan Esq                  Keith T Appleby
c/o Paduano & Weintraub LLP             for Certain Creditors                 Fowler White Boggs Banker, PA
1251 Avenue of the Americas             7031 Orchard Lake Rd #203             P O Box 1438
Ninth Floor                             W Bloomfield MI 48322-3656            Tampa, FL 33601-1438
New York, NY 10020-1104

Denise E Barnett                        Basil A Umari                         Leslie A Berkoff
United States Trustee                   for John Gilgallon & Mary Merline     Moritt Hock Hamroff Horowitz LLP
501 East Polk Street                    McKool Smith PC                       400 Garden City Plaza
Suite 1200                              600 Travis Street Suite 7000          Garden City, NY 11530-3327
Tampa, FL 33602-3945                    Houston TX 77002-3018

Brian Witus Esq                         Broadridge Financial Solutions Inc    Cynthia Burnette
for Certain Creditors                   c/o Glenn D Moses Esq                 United States Trustee
1760 S Telegraph Rd #300                Genovese Joblove & Battista PA        Timberlake Annex, Ste. 1200
Bloomfield Hills MI 48302-0183          100 SE 2d St 44th Fl                  501 E. Polk Street
                                        Miami FL 33131-2100                   Tampa, FL 33602-3949

Roberta A Colton                        Creditor                              Creditor
PO Box 1102                             Anthony Paduano                       Leonard Weintraub
Tampa, FL 33601-1102                    Paduano & Weintraub LLP               1251 Avenue of the Americas, Suite 920
                                        1251 Avenue of the Americas, Suite 920 New York, New York 10020-1104
                                        New York, New York 10020-1104

Department of Labor and Security        Department of Revenue                 Don W Russell
Hartman Building Suite 307              PO Box 6668                           4400 Hedgethorn Circle
2012 Capital Circle Southeast           Tallahassee FL 32314-6668             Burton MI 48509-1249
Tallahassee FL 32399 0648

E McCord Clayton Esq                    E McCord Clayton Esq                  Everest Indemnity Insurance Company
for Certain Claimants                   for Certain Creditors                 c/o Donald R. Kirk, Esq.
Bazelon Less & Feldman PC               1515 Market S #700                    Fowler White Boggs P.A.
1515 Market St Suite 700                Philadelphia PA 19102-1907            P.O. Box 1438
Philadelphia PA 19102-1996                                                    Tampa, FL 33601-1438

Everest Indemnity Insurance Company     Becky Ferrell-Anton                   Daniel R. Fogarty
c/o Tony L. Draper, Esq.                Stichter Reidel Blain & Prosser PA    Stichter, Riedel, Blain & Prosser, PA
Walker Wilcox Matousek, LLP             110 E Madison Street, Ste 200         110 East Madison Street, Suite 200
South Tower Pennzoil Place              Tampa, FL 33602-4718                  Tampa, FL 33602-4718
711 Louisiana, Suite 3100
Houston, TX 77002-2711

Frank F McGinn Esq                      Scott J Freedman                      GE Money Bank
for Iron Mountain Information Mgmt Inc  Dilworth Paxson LLP                   c/o Recovery Management Systems Corp.
Barlett Hackett Feinberg PC             Liberty View - Suite 700              25 SE 2nd Ave, Suite 1120
155 Federal Street 9th Floor            457 Haddonfield Road                  Miami, FL 33131-1605
Boston MA 02110-1610                    Cherry Hill, NJ 08002-2220
```

| | | |
|---|---|---|
| Michael E Golub<br>Michael E Golub PA<br>819 West Main Street<br>Suite B<br>Tavares, FL 32778-3131 | GunnAllen Financial, Inc.<br>PO Box 172427<br>Tampa, FL 33672-0427 | H Naill Falls Esq<br>for Certain Creditors<br>1143 Sewanee Rd<br>Nashville TN 37220-1017 |
| Amy Denton Harris<br>Stichter, Riedel, Blain & Prosser, P.A.<br>110 E Madison Street, Suite 200<br>Tampa, FL 33602-4718 | Robert L Hessman<br>Sundberg & Hessman PA<br>107 West Fifth Avenue<br>Tallahassee, FL 32303-6124 | John H Hickey<br>Hickey Law Firm PA<br>1401 Brickell Avenue<br>Suite 510<br>Miami, FL 33131-3501 |
| Honigman, Miller, Schwartz & Cohn<br>2290 First National Building<br>660 Woodward Ave.<br>Detroit, MI 48226-3516 | Hoyt G Tessener<br>for John Dougher<br>Martin & Jones PLLC<br>410 Glenwood Ave Suite 200<br>Raleigh NC 27603-1255 | (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 21126<br>PHILADELPHIA PA 19114-0326 |
| Jeffrey S Stein<br>The Garden City Group Inc<br>105 Maxes Road<br>Melville NY 11747-3848 | John G. Birmingham<br>845 East Liberty Street<br>Hernando, FL 34442-3366 | John H Hickey<br>Hickey Law Firm PA<br>1401 Brickell Ave Suite 510<br>Miami FL 33131-3501 |
| Joseph H Spiegel Esq<br>Attorney for Certain Creditors<br>825 Victors Way Suite 300<br>Ann Arbor MI 48108-2830 | Joseph M Yar Esq<br>for Ridge Clearing and Broadridge<br>Lowenstein Sandler PC<br>65 Livingston Avenue<br>Roseland NJ 07068-1791 | Soneet R Kapila<br>Post Office Box 14213<br>Fort Lauderdale, FL 33302-4213 |
| Donald R Kirk<br>Fowler, White, Boggs, Banker, PA<br>PO Box 1438<br>Tampa, FL 33601-1438 | Kenneth M Krock<br>Rapp & Krock PC<br>3050 Post Oak Blvd Suite 400<br>Houston, TX 77056-6569 | Hywel Leonard<br>Carlton Fields, PA<br>P O Box 3239<br>Tampa, FL 33601-3239 |
| Leonard Weintraub<br>c/o Paduano & Weintraub LLP<br>1251 Avenue of the Americas<br>Ninth Floor<br>New York, NY 10020-1104 | Leslie A Berkoff Esq<br>for Ira and Della Gershowitz<br>Moritt Hock Hamroff & Horowitz LLP<br>400 Garden City Plaza<br>Garden City NY 11530-3327 | Lewis, Brisbois Bisgaard & Smith LLP<br>c/o Rumberger Kirk & Caldwell P.A.<br>Michael Forte, Esq./J. Richard Caldwell,<br>P O. Box 3390<br>Tampa, FL 33601-3390 |
| Scott R Lilly<br>GrayRobinson, P.A.<br>201 North Franklin Street<br>Suite 2200<br>Tampa, FL 33602-5822 | Luis Martinez-Monfort<br>Brewer Perotti Martinez-Monfort PA<br>400 North Tampa Street, Suite 2600<br>Tampa, FL 33602-4710 | Frank F McGinn<br>Bartlett Hackett Feinberg PC<br>155 Federal Street<br>9th Floor<br>Boston, MA 02110-1610 |
| Michael E Golub<br>for Jack J Grynberg<br>819 W Main Street Suite B<br>Tavares FL 32778-3131 | Michael N Kattawar CEO<br>KATT Worldwide Logistics Inc<br>4105 South Mendenhall<br>Memphis TN 38115-5927 | Michael S Etkin Esq<br>for Ridge Clearing and Broadridge<br>Lowenstein Sandler PC<br>65 Livingston Avenue<br>Roseland NJ 07068-1791 |
| Glenn D Moses<br>Genovese Joblove & Battista PA<br>100 Southeast 2nd Street<br>Suite 4400<br>Miami, FL 33131-2118 | Netbank Business Finance<br>100 Executive Center Dr<br>Columbia SC 29210-8407 | Nicholas D Thomas Esq<br>for John Dougher<br>3426 Ocean Drive<br>Vero Beach FL 32963-1682 |

| | | |
|---|---|---|
| Office of US Attorney<br>Attn Civil Process Clerk<br>400 North Tampa St Suite 3200<br>Tampa FL 33602-4774 | Anthony Paduano<br>Paduano & Weintraub LLP<br>1251 Avenue of the Americas<br>Ninth Floor<br>New York, NY 10020-1104 | Ralph Horst<br>888 Intracoastal Drive Apt 16E<br>Fort Lauderdale FL 33304-3604 |
| Richard Bernstein Esq<br>for Ridge Clearing and Broadridge<br>Lowenstein Sandler PC<br>65 Livingston Avenue<br>Roseland NJ 07068-1791 | Ridge Clearing & Outsourcing Solutions, Inc.<br>c/o Glenn D. Moses, Esq.<br>Genovese, Joblove & Battista, P.A.<br>100 SE 2nd Street, #4400<br>Miami, FL 33131-2118 | Harley E. Riedel<br>Stichter, Riedel, Blain & Prosser<br>110 East Madison St., #200<br>Tampa, FL 33602-4718 |
| Robert K Ornelas<br>Cecilia I Ornelas<br>22550 Green Mount Place<br>Yorba Linda CA 92887-2740 | Robert L Hessman<br>for Leaf Funding Inc<br>107 West Fifth Avenue<br>Tallahassee FL 32303-6124 | Robert V Cornish Jr<br>for Michael N Kattawar<br>Dilworth Paxson LLP<br>655 Fifteenth St NW Ste 810<br>Washington DC 20005-5703 |
| Robert W Piper<br>686 White House Drive<br>Highlands MI 48356-1679 | Robert W. Piper<br>686 White House Drive<br>Highland 48356-1679 | Rosadia Escueta<br>Attn: Law Ofc of Jeffrey Feldman<br>425 California Street, Ste 2025<br>San Francisco,CA  94104-2213 |
| William J Schifino Jr<br>Williams Schifino Mangione & Steady PA<br>201 N Franklin, Suite 2600<br>Tampa, FL 33602-5848 | Michael L Schuster<br>Genovese Joblove & Battista PA<br>100 Southeast 2nd Street<br>Suite 4400<br>Miami, FL 33131-2118 | Scott J Freedman<br>for Michael N Kattawar<br>Dilworth Paxson LLP<br>457 Haddonfield Rd Suite 700<br>Cherry Hill NJ 08002-2221 |
| Scott L Silver Esq<br>for Certain Creditors<br>12546 W Atlantic Blvd<br>Coral Springs FL 33071-4085 | Susan R Sherrill-Beard<br>U S Securities & Exchange Commission<br>Suite 1000, 3475 Lenox Road<br>Atlanta, GA 30326-3235 | Joseph H Spiegel<br>Joseph H Spiegel PC<br>825 Victors Way<br>Suite 300<br>Ann Arbor, MI 48108-2830 |
| Jeffrey S Stein<br>The Garden City Group Inc<br>105 Maxess Road<br>Melville, NY 11747-3848 | Stephen Spivey Esq<br>for Certain Creditors<br>3610 SE Ft King St<br>Ocala FL 34470-1319 | TW telecom inc<br>c/o Linda Boyle<br>10475 Park Meadows Drive #400<br>Littleton CO 80124-5454 |
| Tony L Draper Esq<br>for Everest Indemnity Ins Co<br>Walker Wilcox Matousek LLP<br>711 Louisiana Suite 3100<br>Houston TX 77002-2711 | United States Trustee<br>Denise E. barnett, Esquire<br>501 East Polk Street, Suite 1200<br>Tampa, Fl 33602-3945 | Alfred Villoch III<br>Knopik Moore Deskins<br>One Harbour Place<br>777 South Harbour Island Blvd, Suite 800<br>Tampa, FL 33602-5934 |
| Vincent A DAgostino Esq<br>for Ridge Clearing and Broadridge<br>Lowenstein Sandler PC<br>65 Livingston Avenue<br>Roseland NJ 07068-1791 | Hildegund P. Wanders<br>Pilka & Associates, P.A.<br>213 Providence Road<br>Brandon, FL 33511-4707 | Jeffrey W. Warren<br>Bush Ross, P.A.<br>Post Office Box 3913<br>Tampa, FL 33601-3913 |
| Leonard Weintraub<br>Paduano & Weintraub LLP<br>1251 Avenue of the Americas<br>Ninth Floor<br>New York, NY 10020-1104 | Burton Wiand<br>Wiand Guerra King PL<br>3000 Bayport Drive Ste 600<br>Tampa, FL 33607-8410 | William Knight Zewadski<br>Trenam, Kemker, Scharf, Barkin, et al<br>P.O. Box 1102<br>Tampa, FL 33601-1102 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Internal Revenue Service
P.O. Box 21126
Philadelphia, PA 19114

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)(Purchaser)

(d)Don W. Russell
4400 Hedgethorn Circle
Burton, MI 48509-1249

(d)Michael N. Kattawar, CEO
KATT Worldwide Logistics, Inc.
4105 South Mendenhall
Memphis, TN 38115-5927

(d)Ralph Horst
888 Intracoastal Drive, Apt. 16E
Fort Lauderdale, FL  33304-3604

(d)Robert K. Ornelas
Cecilia I. Ornelas
22550 Green Mount Place
Yorba Linda, CA  92887-2740

End of Label Matrix
Mailable recipients    89
Bypassed recipients     5
Total                  94