Michael Schwartzberg, Esquire
Winget, Spadafora & Schwartzberg, LLP
45 Broadway, 19th Floor
New York, NY 10006

Robert J. Pearl, Esquire
The Pearl Law Firm, P.A.
1159 Pittsford Victor Road, Suite 220
Pittsford, NY 14534

Usman S. Mohammed, Esquire
JonesBell, LLP
601 S. Figueroa St., 27th Floor
Los Angeles, CA 90017

Jonathan Evans, Esquire
Jonathan Evans & Associates
12711 Ventura Blvd., No. 440
Studio City, CA 91604

Marc Ross, Esquire
Sichenzia Ross Friedman Ference LLP
61 Broadway, 32nd Floor
New York, NY 10006

John D. Singer, Esquire
Singer Deutsch LLP
555 Fifth Avenue, 17th Floor
New York, NY 10017-5102

Jeffrey Feldman, Esquire
505 Montgomery Street, 7th Floor
San Francisco, CA 94111

Chris Lazarini, Esquire
Bass Berry & Sims
100 Peabody Place, Suite 900
Memphis, TN 38103-3672

Robert V. Cornish, Esquire
655 15th Street, NW No. 810
Washington, DC 20005

Shannon L. McDougald, Esquire
McDougald & Cohen, P.S.
2812 E. Madison St., Suite IV
Seattle, WA 981112

Stephen C. Willey, Esquire
Savit Bruce & Willey, LLP
1325 Fourth Avenue, No. 1410
Seattle, WA 98101

Michael Abbott, Esquire
JonesBell, LLP
601 S. Figueroa Street, 27th Floor
Los Angeles, CA 90017

Marc Ross, Esquire
Sichenzia Ross Friedman Ference LLP
61 Broadway, 32nd Floor
New York, NY 10006

Nick Guiliano, Esquire
230 Broad Street, No. 601
Philadelphia, PA 19102

Kirk G. Smith, Esquire
Shepherd Smith Edwards Kantas
1010 Lamar Street, Suite 900
Houston, TX 77002

Benjiman (Benjamin) Biard, Esquire
Wilson Elser Moskowitz, et al.
100 S.E. Second Street, Suite 3800
Miami, FL 33131-2126

Irwin Stein, Esquire
Investors Recovery Service
2 Commercial Blvd., No. 203
Novato, CA 94949

Robb Jenkins, Esquire
Moore & Van Allen
Suite 4700
100 N. Tryon Street
Charlotte, NC 28202-4003

Hoyt G. Tessener, Esquire
Martin & Jones PLLC
410 Glenwood Avenue, Suite 200
Raleigh, NC 27603

Scott L. Silver, Esquire
Blum & Silver
12546 West Atlantic Blvd.
Coral Springs, FL 33701

David Liebrader, Esquire
601 S. Rancho Drive, D-29
Las Vegas, NV 89106

David P. Pearson, Esquire
Winthrop & Weinstine, P.A.
Capella Tower, Suite 3500
225 S. Sixth Street
Minneapolis, MN 55402-4629

Michael S. MacDonald, Esquire
465 Frontenac Place
St. Paul, MN 55104

David Saperstein, Esquire
Maddin, Hauser, et al.
P. O. Box 215
Southfield, MI 48037-0215

Anthony V. Trogan, Esquire
7031 Orchard Lake Rd., No. 203
W. Bloomfield, MI 48322

Jeffrey Erez, Esquire
Sonn & Erez PLC
Broward Financial Centre
500 E. Broward Blvd., Suite 1600
Ft. Lauderdale, FL 33934

Nicholas J. Taldone, Esquire
2536 Countryside Blvd.
Clearwater, FL 33763

Supplemental Service List-Chartis Settlement-5070743v1

| | | |
|---|---|---|
| William Laino, Esquire<br>Moritt Hock Hamroff<br>400 Garden City Plaza<br>Garden City, NY 11530 | Randall K. Calvert, Esquire<br>Calvert Law Firm<br>1041 NY Grand Blvd.<br>Oklahoma City, OK 73118 | William J. Schifino, Jr., Esquire<br>Williams Schifino, et al.<br>201 North Franklin Street, Ste. 3200<br>Tampa, FL 33602 |