FILED VIA MAIL

DEC -8 2010

CLERK, U.S. BANKRUPTCY
COURT MIDDLE
DISTRICT OF FLORIDA

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| IN RE: ) | Case No. 8:10-bk-09635-MGW |
| ) | |
| GUNNALLEN FINANCIAL INC., ) | OPPOSITION TO LIQUIDATING |
| ) | AGENT'S MOTION TO |
| DEBTOR ) | APPROVE SETTLEMENT |
| ) | |

COMES NOW Gunn Allen creditor Warner Byrum, a Claimant in a pending FINRA Arbitration against the debtor and non debtor broker Kevin Callaghy, bankruptcy claim # 550-006133-001.

Mr. Byrum objects to the proposed settlement as it will act as a dismissal of the FINRA arbitration claim against not only Gunn Allen, but also as to the non debtor broker Kevin Callaghy who has not contributed anything towards this settlement.

Mr. Byrum does not object to settling with Gunn Allen, but maintains that he should be allowed to proceed in arbitration against broker Callaghy. As drafted the settlement agreement is overbroad and compromises a valuable claim against the non debtor brokers for no consideration.

Dated: November 29, 2010          Respectfully submitted,

By: /s/ Warner L. Byrum
Warner Byrum

Dec 5, 2010