**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

| | |
|---|---|
| In re | : |
| **GunnAllen Financial, Inc.,** | :    Case No. 8:10-bk-09635-MGW |
| Debtor. | : |

**PRELIMINARY ORDER ON LIQUIDATING AGENT'S**
**MOTION TO APPROVE SETTLEMENT AGREEMENT WITH AMERICAN**
**INTERNATIONAL SPECIALTY LINES INSURANCE COMPANY AND**
**TRIGGERING OF CHANNELING INJUNCTION AND BAR ORDER**
**AND SCHEDULING FINAL EVIDENTIARY HEARING**

THIS CASE came before the Court for hearing on December 15, 2010, on the Liquidating Agent's Motion to Approve Settlement Agreement with American International Specialty Lines Insurance Company and Triggering of Channeling Injunction and Bar Order [Dkt. No. 481], filed by the Liquidating Agent on November 17, 2010 (the "Motion"). The Court determined that the matter should be scheduled for final evidentiary hearing. Accordingly, it is

**ORDERED** as follows:

1. The Court will conduct a final evidentiary hearing on the Motion on January 11, 2011 at 1:30 p.m.

2. The Liquidating Agent is directed to file a supplemental memorandum of law ~~within ten (10) days of this Order.~~ by January 3, 2011.

2

3. Any response to the Liquidating Agent's memorandum of law must be filed no later than two (2) days before the scheduled final evidentiary hearing.

**DONE AND ORDERED** in Chambers at Tampa, Florida on December 28, 2010

*/s/ M. Williamson*

**Michael J. Williamson**
**United States Bankruptcy Judge**

Copies Furnished To:
Roberta A. Colton, Esquire, Trenam, Kemker, et al., P. O. Box 1102, Tampa, FL 33601-11-2
Becky Ferrell-Anton, Esquire, Stichter, Riedel, et al., 110 E. Madison Street, Suite 200, Tampa, FL 33602
United States Trustee's Office, Suite 1200, 501 E. Polk Street, Tampa, FL 33602
Soneet Kapila, Liquidating Agent, 1000 S. Federal Highway, No. 200, Ft. Lauderdale, FL 33316
Court's LBR 1007-2 Matrix

2
-4819289v1