UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA, TAMPA DIVISION

In Re:

GunnAllen Financial, Inc.,                    Case No:  8:10-bk-9635
Debtor.                                       Chapter 11
_____/            Hon. Michael G. Williamson

**CONCURRENCE IN PART OF CERTAIN CREDITORS
TO LIQUIDATING AGENT'S MOTION
TO APPROVE SETTLEMENT AGREEMENT WITH
AMERICAN INTERNATIONAL SPECIALTY LINES INSURANCE COMPANY**

NOW COMES Certain Creditors, by and through their attorney, Joseph H. Spiegel, P.C., by Joseph H. Spiegel and hereby concur, in part, to the Liquidating Agent's Motion to Approve Settlement Agreement with American International Specialty Lines Insurance Company ("AIS"), with some modifications as to the ability to pursue claims against JHS Capital Holdings, Inc., JHS Capital Advisors, Inc., John H. Sykes, Hyde Park Equity Investments, LLC, Mary Kennemur, Paul R. Richardson, Paul H. Chuzzi and Kirk E. Kubach.  The Liquidating Agent has some of those claims.

The simple fact of the matter is that if this settlement is not approved there will be no funds for anyone, including the objecting parties.  Legal fees and costs will eat up the insurance.  This is a single pot case whereby by all the funds from whatever source will be paid into the estate, and the Liquidating Agent has the responsibility to allocate those proceeds, after expenses, pursuant to the Plan.  There is a fair, just and equitable procedure in place to accomplish the Plan's goals; the Court has approved the Plan as have a vast majority of the affected creditors.

The approval of the settlement with a slight modification is consistent with the very essence of the Bankruptcy Code, i.e., one pot to be distributed to creditors in an

orderly manner to be administered by an independent person.  The Court can fashion an Order giving ("AIS") sufficient protection from future claims, and still allow the Liquidating Agent to pursue what he believes are appropriate claims against certain parties.

Respectfully submitted,
JOSEPH H. SPIEGEL, P.C.


/s/Joseph H. Spiegel
By:  Joseph H. Spiegel (P39048)
Attorney for Certain Creditors
825 Victors Way, Suite 300
Ann Arbor, MI  48108-2738
(734) 761-8475

Dated:   January 6, 2011